Filed this 10 day of February 2020 at 4:50 o'clock P M
Barbara Swanson, Clerk of Court
By _____ Clerk / Deputy

HON. BRENDA R. GILBERT
District Judge
Sixth Judicial District
414 East Callender Street
Livingston, Montana 59047
(406) 222-4130

## MONTANA SIXTH JUDICIAL DISTRICT COURT, SWEET GRASS COUNTY

* * * * * * * * * * * * * * *

BRENNA ANDREWS & MCKENNAH ANDREWS,

    Plaintiffs,

and

DAVID MCFARLAND; KNIGHT TRANSPORT, LLC; and DOES 1-V,

    Defendants.

Cause No. DV 19-13

**ORDER SETTING CASE SCHEDULING CONFERENCE**

BY ORAL ORDER OF THE COURT, pursuant to Rule 16, M.R.Civ.P., counsel for the parties and any unrepresented parties shall confer telephonically with Nancy L. MacCracken, the Court Administrator, on **Tuesday, February 25, 2020 at 10:00 a.m.** to create a case scheduling order in this matter. Counsel and all unrepresented parties shall dial into the Court's Virtual Meeting Room at 406-449-7478 and when prompted enter meeting room number 2011# to be placed into the conference call.

SO ORDERED this 10th day of February, 2020.

_____
Hon. Brenda R. Gilbert, District Judge

cc: Eric Hinckley / James Jackson / Jason Kamerath – emailed
Marshal L. Mickelson / Robert M. Carlson – emailed
Court Administrator – emailed

I Hereby certify that I have ~~mailed~~ emailed a true copy of this document to:
_listed_
by depositing same in the U.S. Mail this 11 day of February 20 20.
Clerk of the District Court
By _____ Deputy / Clerk


emailed